```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MIGUEL AVILES-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-00065 LJO |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v.   ) | ORDER THEREON |
| ) | |
| MIGUEL AVILES-GONZALEZ, ) | Date : June 9, 2011 |
| ) | Time:  2:00 p.m. |
| *Defendant.* ) | Judge: Hon. Lawrence J. O'Neill |
| ) | |

    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for June 3, 2011, **may be continued to June 9, 2011, at 2:00 p.m.**

    The reason for the requested continuance is that the Defendant has recently been moved from the local jail to the Lerdo facility in Bakersfield.  The additional time is necessary to facilitate discussions with defense counsel which require coordinating the travel availability of counsel with that of our office interpreter.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: May 24, 2011          /s/ Jared D. Renfro
                                      JARED D. RENFRO
                                      Special Assistant United States Attorney
                                      Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: May 24, 2011          /s/ Rachel W. Hill
                                      RACHEL W. HILL
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MIGUEL AVILES-GONZALEZ

**O R D E R**

**Good cause is stated.  Granted.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   May 24, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE